**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ASMINDA SYLVIA RAMON-PEDROZA, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 12-71676 <br><br> Agency No. A096-229-366 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 14, 2013[**]

Before:     LEAVY, THOMAS, and MURGUIA, Circuit Judges.

Asminda Sylvia Ramon-Pedroza, a native and citizen of Mexico, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing

her appeal from an immigration judge's ("IJ") decision denying her applications

for cancellation of removal, asylum, withholding of removal, and protection under

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the Convention Against Torture.  Our jurisdiction is governed by 8 U.S.C. § 1252.

We deny in part and dismiss in part the petition for review.

Ramon-Pedroza failed to raise in her opening brief, and therefore has waived, any challenge to the agency's dispositive determinations that she is removable and that she does not qualify for the relief requested.  *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (noting the court generally will not "take up arguments not raised in an alien's opening brief").

We lack jurisdiction to review Ramon-Pedroza's contention that the IJ should have given her more time to pursue her case because she failed to raise that issue before the BIA, and thereby failed to exhaust her administrative remedies. *See id.* (no jurisdiction to review legal claims not presented in the petitioner's administrative proceedings before the BIA).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**